DECEMBER 2, 1963

**Reap. Dec. 10635.**—Cavalier Shipping Co., Inc. *v.* United States, ▆▆▆▆▆▆▆ Reappraisement dismissed October 24, 1963. Entered at Norfolk, Va. (Not published.) Motion by plaintiff.